UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>     v.                            Plaintiff,     )<br>                                                     )<br>                                                     )<br>DERRICK MAURICE SCOTT,           )<br>                                                     )<br>                            Defendant.     ) | CRIMINAL NO. 22-CR-136 (PJS/BRT)<br><br>**MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES** |

The defendant through his attorney, Kevin W. DeVore, moves this Court for an order requiring any law enforcement agent, including any confidential reliable informants, to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records.

This motion is based upon all of the files and records herein.

Dated: August 1, 2022                    *s/ Kevin W. DeVore*
                                                         Kevin W. DeVore, #267302
                                                         724 Bielenberg Drive, Suite 110
                                                         Woodbury, MN 55125
                                                         (651) 435-6500
                                                         Attorney for Defendant Derrick Maurice Scott