UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 22-CR-136 (PJS/BRT) |
| | ) | |
| v.          Plaintiff, | ) | **MOTION FOR GOVERNMENT TO PROVIDE GRAND JURY TESTIMONY OF WITNESSES** |
| | ) | |
| DERRICK MAURICE SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant through his attorney, Kevin W. DeVore, hereby moves this Court for an order requiring the government to provide the Grand Jury testimony of any witness who will testify at the suppression hearing or trial.

This motion is based on the indictment and all of the files and records herein.

Dated: August 1, 2022                  *s/ Kevin W. DeVore*
                                        Kevin W. DeVore, #267302
                                        724 Bielenberg Drive, Suite 110
                                        Woodbury, MN 55125
                                        (651) 435-6500
                                        Attorney for Defendant Derrick Maurice Scott