UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 22-CR-136 (PJS/BRT) |
| | ) | |
| v.           Plaintiff, | ) | **MOTION FOR EARLY** |
| | ) | **DISCLOSURE OF JENCKS** |
| DERRICK MAURICE SCOTT, | ) | **ACT MATERIALS** |
| | ) | |
| Defendant. | ) | |

The defendant through his attorney, Kevin W. DeVore, and pursuant to Rule 12 of the Federal Rules of Criminal Procedure, moves this Court to enter an order requiring the government to submit Jencks Act materials to the defendant at least two weeks prior to the commencement of the trial, and in support thereof represents and alleges as follows:

1. That although a literal reading of the Jencks Act would not require release of the pertinent materials until the testimony of any particular government witness is complete the Act does not forbid its early disclosure.

2. That before cross examination of any witness a recess would be required to permit defense counsel to review the materials.

3. That unless this motion is granted, there will be delays in the trial.

4. That the Jencks Act was enacted in 1959 and its effect has been modified by both the enactment of Rule 102 and Rule 403 of the Federal Rules of Evidence and the enactment of the Speedy Trial Act, Title 18, U.S.C. Sec. 3161, et seq.

5. That this Court has the authority to order early disclosure of the Jencks Act materials to further the interest of prompt disposition of the business of the court.

WHEREFORE, Defendant requests that this Court enter an order requiring the

government to submit Jencks Act materials to the defendant at least two weeks prior to the testimony of each government witness.

Dated:  August 1, 2022      *s/ Kevin W. DeVore*
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN  55125
(651) 435-6500
Attorney for Defendant Derrick Maurice Scott