UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 22-CR-136 (PJS/BRT) |
| ) | |
|  v.  Plaintiff, ) | **MOTION FOR DISCOVERY OF** |
| ) | **EXPERT UNDER RULE 16(a)(1)(G)** |
| DERRICK MAURICE SCOTT, ) | |
| ) | |
|  Defendant. ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant through his attorney, Kevin W. DeVore, hereby moves the Court for a written summary of any expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinion, the basis and the reasons therefore, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(E). The parties agree that said disclosure will be made no later than two weeks prior to the scheduled trial date.

This motion is based on all records, filing and proceedings herein.

Dated: August 1, 2022    *s/ Kevin W. DeVore*
      Kevin W. DeVore, #267302
      724 Bielenberg Drive, Suite 110
      Woodbury, MN 55125
      (651) 435-6500
      Attorney for Defendant Derrick Maurice Scott