UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CRIMINAL NO. 22-CR-136 (PJS/BRT) |
| ) | |
| v.            Plaintiff,     ) | **MOTION FOR DISCLOSURE** |
| ) | **OF RULE 404(b) EVIDENCE** |
| DERRICK MAURICE SCOTT,     ) | |
| ) | |
| Defendant.     ) | |

The defendant, by and through his attorney, Kevin W. DeVore, respectfully moves the Court for an Order requiring the government to notify the defendant of its intention, if any, to offer evidence during its case-in-chief, within the purview Rule 404(b) of the Federal Rules of Evidence.

This motion is based upon the Indictment, records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion, and the inherent power of the Court to order such disclosure. *See, United States v. Cobb*, 588 F.2d 607, 610 (8th Cir. 1978). The parties agree that said disclosure will be made no later than two weeks prior to the scheduled trial date.

Dated: August 1, 2022

*s/ Kevin W. DeVore*
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN 55125
(651) 435-6500
Attorney for Defendant Derrick Maurice Scott