UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 22-CR-136 (PJS/BRT) |
| | ) | |
| v.                    Plaintiff, | ) | **DEFENDANT MARTIN'S MEET AND CONFER STATEMENT** |
| | ) | |
| DERRICK MAURICE SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned counsel for Derrick Maurice Scott in the above-captioned matter, Kevin W. DeVore, hereby certifies that, as required by Rule 12.1(b) of the Local Rules of the United States District Court for the District of Minnesota, he conducted a telephone conference with Assistant United States Attorney Thomas Hollenhorst on August 1, 2022 regarding the motions.

Dated: August 1, 2022

*s/ Kevin W. DeVore*
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN  55125
(651) 435-6500
Attorney for Defendant Derrick Maurice Scott