UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 22-136 (PJS/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Derrick Maurice Scott, | |
| Defendant. | |

The above-entitled matter is presently set for a criminal motions and arraignment hearing before the undersigned U.S. Magistrate Judge on **August 29, 2022**, at 9:30 a.m. in Courtroom 3C, St. Paul, Minnesota.

1. **Motions.**

    The Government has filed a motion for discovery (Doc. No. 12), and Defendant Scott has filed a motion to suppress evidence (Doc. No. 23), and various discovery motions (Doc. Nos. 17–22). Responses to the motions are due August 15, 2022.

    The Court directs counsel to meet and confer regarding all of the above motions. Following the meet and confer, Defendant's counsel must inform the Court no later than **August 12, 2022**, as to whether he still seeks to maintain each motion. If he does not seek to maintain a motion (or a part of a motion), counsel must file a letter stating his intent to withdraw that motion (or part of that motion). If the parties are in agreement that a motion, or part of a motion, is now moot, they must state so in the letter filed with the Court.

2. **Witnesses.** It is the Court's understanding that witnesses may be called. After meeting and conferring with counsel from the other side, please confirm how many witnesses will be called and the estimated length of their testimony no later than **August 22, 2022**, by providing a joint email to chambers at thorson_chambers@mnd.uscourts.gov.

3. **Attorneys.** Counsel shall notify the Court via e-mail to thorson_chambers@mnd.uscourts.gov by **August 22, 2022**, if more than one attorney will be present representing a party.

4. **Anticipated Observers.** Counsel shall notify the Court via e-mail to thorson_chambers@mnd.uscourts.gov by **August 22, 2022**, if they expect more than 10 observers to be present for the proceeding.

5. **Exhibits:**

    a. **Documents.** Counsel shall pre-mark and make .pdf copies of all such possible exhibits that they may seek to introduce at the hearing, and e-mail one complete set thereof to the Court at thorson_chambers@mnd.uscourts.gov **no later than August 22, 2022**. Counsel shall also e-mail one complete set of .pdf copies of all such potential pre-marked exhibits to opposing counsel **no later than August 22, 2022**.

    b. **Video/Audio Recordings.** Counsel shall pre-mark and make electronic copies (whether by DVD, USB drive, or similar electronic media) of all such possible exhibits that they may seek to introduce at the hearing, and send one complete set thereof to the Court **to arrive no later than August 22, 2022**. Counsel shall also send one complete set of all such potential pre-marked exhibits to opposing counsel **to arrive no later than August 22, 2022**.

**SO ORDERED.**

Dated: August 2, 2022
                       *s/ Becky R. Thorson*
                       BECKY R. THORSON
                       United States Magistrate Judge