UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 22-CR-136 (JNE/DTS) |
| v.       Plaintiff, | **MOTION IN LIMINE TO EXCLUDE ANY AND ALL EVIDENCE OF ALLEGED CRIMES, WRONGS OR ACTS NOT NOTICED BY THE GOVERNMENT** |
| DERRICK MAURICE SCOTT, | |
| Defendant. | |

The Defendant, through his attorney, Kevin W. DeVore, respectfully moves the Court for an Order excluding at the trial in this matter any and all evidence of any other crimes, wrongs or acts alleged to involve the defendant other than those instances that have been specifically noticed by the government pursuant to Rules of Evidence 404(b) and permitted by this Court. Specifically, the defendant moves to exclude the portions of the body cameras of Sergeant Andrew Schroeder and Sergeant Adam Lepinski which contain recorded statements of the officers discussing prior incidents they believe the defendant was involved in but which do not relate to the instant case. These statements are highly prejudicial, irrelevant, and are not permitted under Rule 404(b) of the Federal Rules of Evidence.

Dated: January 23, 2023

s/ Kevin W. DeVore
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN 55125
(651) 435-6500
*Attorney for Defendant Derrick Maurice Scott*