UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 22-CR-136 (JNE/DTS) |
| v.              Plaintiff, | ) | **MOTION IN LIMINE TO EXCLUDE THE INTRODUCTION OF 404(B) EVIDENCE** |
| DERRICK MAURICE SCOTT, | ) | |
| Defendant. | ) | |

The Defendant, through his attorney, Kevin W. DeVore, respectfully moves the Court for an Order excluding at the trial in this matter any and all evidence of the defendant's arrest on March 23, 2000, wherein it is alleged that police seized sixty-two drug "bindles" from the defendant. The government intends to offer evidence of this arrest and seizure (no conviction) pursuant to Federal Rules of Evidence 404(b) in order to prove motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident. However, the introduction of such evidence in this case would be highly prejudicial to the defendant and the danger of undue prejudice outweighs the probative value of the evidence in view of the availability of other means of proof to the government.

Dated: January 30, 2023

*s/ Kevin W. DeVore*
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN 55125
(651) 435-6500
*Attorney for Defendant Derrick Maurice Scott*