UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-136 (JNE/DTS)

UNITED STATES OF AMERICA,  )
)
      Plaintiff,  )
)
v.  )  VERDICT FORM
)
DERRICK MAURICE SCOTT,  )
)
      Defendant.  )

### COUNT 1
(Possession With the Intent To Distribute Fentanyl)

1. We, the jury, unanimously find the defendant, Derrick Maurice Scott,

    __X__ Guilty

    _____ Not Guilty

of the crime of possession with the intent to distribute fentanyl as charged in Count 1 of the Indictment.

### COUNT 2
(Possessing a Machinegun in Furtherance of a Drug Trafficking Crime and/or Carrying a Machinegun During and in Relation to a Drug Trafficking Crime)

2.a. We, the jury, unanimously find the defendant, Derrick Maurice Scott,

    __X__ Guilty

    _____ Not Guilty

of the crime of possessing a machinegun in furtherance of a drug trafficking crime and/or carrying a machinegun during and in relation to a drug trafficking crime as charged in Count 2 of the Indictment.

SCANNED
FEB 0 8 2023
U.S. DISTRICT COURT MPLS

*If you unanimously find the defendant guilty of Count 2 of the Indictment, you must complete paragraphs 2.b. and 2.c. Otherwise, skip paragraphs 2.b. and 2.c., and go to Count 3.*

2.b. We, the jury, unanimously find that the defendant, Derrick Maurice Scott (select one or more):

    _____ possessed the firearm in furtherance of a drug trafficking crime.

    __X__ carried the firearm during and in relation to the drug trafficking crime.

2.c. We, the jury, unanimously find that the defendant, Derrick Maurice Scott (select one or more):

    __X__ knew the firearm was a machinegun.

    __X__ was aware of the firearm's physical characteristics that made it a machinegun.

    _____ neither knew the firearm was a machinegun nor was aware of the firearm's physical characteristics that made it a machinegun.

### COUNT 3
(Possession of a Machinegun)

3. We, the jury, unanimously find the defendant, Derrick Maurice Scott,

    __X__ Guilty

    _____ Not Guilty

of the crime of possession of a machinegun as charged in Count 3 of the Indictment.

## COUNT 4
(Felon in Possession of a Firearm)

4. We, the jury, unanimously find the defendant, Derrick Maurice Scott,

　　__X__ Guilty

　　_____ Not Guilty

of the crime of being a felon in possession of a firearm as charged in Count 4 of the Indictment.

07FEB23
Date

REDACTED SIGNATURE